UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO MEJIA CASIMIRO,

                 Petitioner,

     -v.-

LaDEON FRANCIS, SECRETARY
KRISTI NOEM, and PAM BONDI,

               Respondents.

26 Civ. 1556 (JGK)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 25, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. #1). The Court, having examined the petition in this action, and in its capacity as Part I Judge, hereby ORDERS that:

(i)     On or before **February 27, 2026**, the Government shall file a letter with the following information:

    a. Petitioner's A-number and current place of detention;

    b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

    c. A copy of any final order of removal;

    d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

    e. An indication of whether this case is distinguishable from previous cases decided by this Court, *see, e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25

1

Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF), and by the Judge assigned to this case, *see Romero* v. *Francis,* No. 25 Civ. 8112 (JGK), 2025 WL 3110459 (S.D.N.Y. Nov. 6, 2025); *Wang* v. *Genalo*, No. 25 Civ. 9460 (JGK), 2025 WL 3471222 (S.D.N.Y. Dec. 3, 2025).

(ii)     On or before **March 2, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii)    Petitioner shall have the opportunity to reply on or before **March 9, 2026**.

(iv)    The parties shall appear for a conference regarding the petition on **March 16, 2026**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v)     Consistent with the Court's prior Order in this case (*see* Dkt. #3) and to preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal.  *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 04 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17,

2

2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)   Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

(vii)  The Clerk of Court shall mail a copy of this Order to Petitioner. Petitioner may receive court documents by email, rather than by mail, by completing the Consent to Electronic Service form.

SO ORDERED.

Dated:   February 25, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge
Part I

3