**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALEJANDRO MEJIA CASIMIRO,

                         Petitioner,                26 **CIVIL** 1556 (JGK)

        -against-                         **JUDGMENT**

LaDEON FRANCIS, SECRETARY KRISTI
NOEM, and PAM BONDI,

                         Respondents.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 2, 2026, Mr. Casimiro's Petition in this action is

GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
           March 5, 2026

                                      **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

             **BY:**          K. Mango

                                  _____
                                    **Deputy Clerk**